NO. 07-03-0099-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 19, 2003

______________________________

JAMES GABRIEL RIVERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 181
ST
 DISTRICT COURT OF RANDALL COUNTY;

NO. 12,748-B; HONORABLE JOHN BOARD, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant James Gabriel Rivers filed a Motion to Dismiss Appeal on March 14, 2003, stating that he desires to withdraw his appeal.   The Motion to Dismiss is signed by both appellant and his attorney.  

Without passing on the merits of the case, we grant appellant’s motion for voluntary dismissal and hereby dismiss the appeal.  Tex. R. App. P. 42.2.   Having dismissed the appeal at appellant’s personal request, we will not entertain a motion for rehearing, and our mandate will issue forthwith.  

James T. Campbell

            Justice

Do not publish.